JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| ANDREW PIERCE CORPORATION, | CASE NO. ED CV 11-00944 VAP (SPx) |
| Plaintiffs, | **ORDER RE DISMISSAL** |
| vs. | |
| FIRST SPECIALTY INSURANCE CORPORATION, | |
| Defendants. | |

Pursuant to the stipulation of the parties on file herein, it is hereby ordered that this matter is dismissed with prejudice.

Dated: June 28 2012

By: *Virginia A. Phillips*
United States District Judge